```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
LUPIN LTD.,                                                      :
                                                                 :
                              Plaintiff,                         :
                                                                 :       22 Civ. 7656 (JPC)
              -v-                                                :
                                                                 :              ORDER
SALIX PHARMACEUTICALS, INC., and BAUSCH                          :
HEALTH COMPANIES, INC.,                                          :
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    In accordance with Rule 4.B of the Court's Individual Rules and Practices in Civil Cases, Plaintiff shall file a letter-motion by September 21, 2022, seeking leave to file its Complaint in redacted form and explaining the reasons for its need to do so. Defendants shall file any response by September 28, 2022.

    SO ORDERED.

Dated: September 14, 2022
      New York, New York

                                        JOHN P. CRONAN
                                    United States District Judge