```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LUPIN LTD.,                                                            :
                                                                       :
                          Plaintiff,                                   :    22 Civ. 7656
                                                                       :
              -v-                                                      :    ORDER
                                                                       :
SALIX PHARMACEUTICALS, INC. et al.,                                    :
                                                                       :
                          Defendants,                                  :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Defendants' letter seeking leave to move to dismiss, Dkt. 21, and Plaintiff's response, Dkt. 23. Upon reviewing the parties' letters, the Court grants Defendants' leave to move to dismiss, and sets the following briefing schedule: Defendants' motion papers are due by October 28, 2022, Plaintiff's opposition papers are due by November 22, 2022, and Defendants' reply papers, if any, are due by December 7, 2022.

In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 24, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge