```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUPIN LTD,

                Plaintiff,

-v.-

SALIX PHARMACEUTICALS, INC. and
BAUSCH HEALTH US, LLC,

                Defendants.

22 Civ. 07656 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On **September 26, 2023** at **1:30 p.m.**, the Court will hold a conference to address Defendants' motion to dismiss, ECF No. 40. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 958 205 881#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: September 18, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge