# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **9/18/2023**

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Devora W. Allon, P.C.
To Call Writer Directly:
+1 212 446 5967
devora.allon@kirkland.com

Facsimile:
+1 212 446 4900

April 5, 2023

*Application GRANTED.*

*SO ORDERED.*

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

*Jennifer H. Rearden, U.S.D.J.*
*Date: Sept. 18, 2023*

Re:   *Lupin Ltd. v. Salix Pharmaceuticals, Inc., et al.*, Case No. 1:22-cv-07656 (JHR)

Dear Judge Rearden:

    We represent Plaintiff Lupin Ltd. ("Lupin" or "Plaintiff") in connection with the above-referenced action. Pursuant to Federal Rule of Civil Procedure 15(a)(1), concurrently with the filing of this letter, Lupin is filing a Second Amended Complaint pursuant to this Court's March 28, 2023 Order (ECF No. 50). In connection with filing this Second Amended Complaint, we write to notify the Court of the sealing of certain portions of the Second Amended Complaint and certain accompanying exhibits, consistent with Judge Cronan's November 21, 2022 Order (ECF No. 32).

    On November 21, 2022, Judge Cronan granted Plaintiff's unopposed letter motion seeking to (1) file its Amended Complaint in redacted form, and (2) redact Exhibits A, B, C, D, H, K, R, and T to the Amended Complaint (ECF Nos. 27, 32). Consistent with the Court's Order, Lupin is filing a public version of its Second Amended Complaint and exhibits that include proposed redactions. These redactions are consistent with the redactions contained in Lupin's Amended Complaint and related exhibits, which Lupin was previously given leave to redact.

    Plaintiff does not otherwise seek to seal any additional portions of its Second Amended Complaint or the accompanying exhibits for which it was not previously granted permission to seal.

Respectfully,

/s/ *Devora W. Allon*
Devora W. Allon, P.C.

cc:   All Counsel of Record

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.