```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUPIN LTD.,

                        Plaintiff,

-v.-

SALIX PHARMACEUTICALS, INC. and
BAUSCH HEALTH US, LLC,

                        Defendants.

22 Civ. 07656 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the September 26, 2023 conference, Defendants' motion to dismiss the Second Amended Complaint is DENIED.[1]

    Defendants shall answer the Second Amended Complaint by October 10, 2023. *See* Fed. R. Civ. P. 12(a)(4)(A).

    The Clerk of Court is directed to terminate ECF No. 40.

    SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                              */s/ Jennifer H. Rearden*
                                              JENNIFER H. REARDEN
                                              United States District Judge

---

[1] The motion originally challenged the Amended Complaint and subsequently was directed to the Second Amended Complaint. *See* ECF Nos. 40-41, 54.