**NORTON ROSE FULBRIGHT**

October 10, 2023

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States of America

Direct line +1 212 318 3108
robin.adelstein@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023

Re:   *Lupin Ltd. v. Salix Pharma., Inc., et ano.*, No. 1:22-cv-07656 (JHR)

Dear Judge Rearden:

We represent Defendant and Counterclaim-Plaintiff Salix Pharmaceuticals, Inc. ("Salix") and Defendant Bausch Health US LLC ("Bausch US" and with Salix, "Defendants"), in the above-referenced matter. We write pursuant to Rule 9 of Your Honor's Individual Rules and Practices in Civil Cases ("Individual Rule") to request that certain portions of Defendants' Answer to Plaintiff and Counterclaim-Defendant Lupin Ltd.'s ("Lupin's") Second Amended Complaint ("Answer") and Counterclaim-Plaintiff Salix's Counterclaims ("Counterclaims") be filed under seal.

On September 18, 2023, the Court granted Lupin's Letter Motion to seal its Second Amended Complaint (Dkt. No. 56) consistent with Judge Cronan's November 21, 2022 Order (Dkt. No. 32) permitting Lupin to file its Amended Complaint in redacted form. Accordingly, Defendants only request to seal those portions of their Answer that have already been sealed in Lupin's Second Amended Complaint and accompanying exhibits. Defendants do not seek to seal any portions of their Answer that Lupin did not seal in its Second Amended Complaint. Additionally, Salix requests that Paragraphs 7, 8, 14, 15, and 16 of its Counterclaims be sealed. Those proposed redactions also consist of material that has previously been sealed by the Court, specifically, certain provisions of the Rifaximin Manufacturing and Supply Agreement entered into between Lupin and Salix ("Agreement"), filed as Exhibit A to Lupin's Second Amended Complaint. *See* Dkt. No. 53-1.

Pursuant to Individual Rule 9(C)(iii) and contemporaneously with this letter-motion, Defendants are: (1) publicly filing a copy of the Answer and Counterclaims with their proposed redactions; and (2) filing under seal the Answer and Counterclaims with their proposed redactions highlighted in yellow.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

The Honorable Jennifer H. Rearden
October 10, 2023
Page 2

Thank you for your consideration of the foregoing.

Respectfully,

Robin D. Adelstein

cc:     All Counsel of Record

Application GRANTED.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: Oct. 16, 2023