UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUPIN LTD.

                Plaintiff,

      - against -

SALIX PHARMACEUTICALS, INC. et al.

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2024

22-CV-7656 (JHR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 5, 2024, the Court held a discovery conference via Teams to address document discovery issues raised by the parties at Dkt. 98 and 101. The Court's orders are reflected in the record. In sum:

      1.     Salix's motion to compel discovery regarding other products and other facilities (as set forth in Defendants' Requests for Production at Issue (Dkt. 98-2)) is denied except to the extent narrowed in substance and time during the conference.

      2.     Lupin's motion to compel regarding corporate separateness (requests 22-25, 34) is granted, subject to the caveat that broad discovery in this area is to be avoided and should be limited to essential information such as material "sufficient to show."

      3.     Lupin's motion to compel regarding Xifaxan-related information (requests 2, 3, 27, 35, 40) is denied. The Court indicated, however, that the parties shall meet and confer regarding search terminology addressing Lupin's concern about documents that may address rifaximin without using that name.

      4.     Lupin's motion to compel regarding Salix's dealings with other distributors (requests 4, 6, 8) is denied.


5. Lupin's motion to compel regarding Salix's other litigations and acquisitions (requests 9-12) is denied.

The Clerk of Court is directed to terminate the motions at Dkt. 98 and 101.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 5, 2024
New York, New York

Copies transmitted this date to all counsel of record.