```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUPIN LTD.                                                  :
                                                            :   22-CV-7656 (JHR) (RWL)
                          Plaintiff,                        :
                                                            :
           - against -                                      :   ORDER
                                                            :
SALIX PHARMACEUTICALS, INC. et al.                          :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the parties' disagreement with respect to the ESI protocol's treatment of non-responsive information. The ESI protocol shall use the language proposed by Defendants (Salix), with the additional proviso that the redacting party identify the reason for redaction in a manner that permits the opposing party to assess the propriety of the redaction (e.g., "addresses product not at issue, specifically _____.")

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2024
       New York, New York

Copies transmitted this date to all counsel of record.