UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LUPIN LTD.                                                  :
                                                            :          22-CV-7656 (JHR) (RWL)
                          Plaintiff,                        :
                                                            :
          - against -                                       :          **ORDER**
                                                            :
SALIX PHARMACEUTICALS, INC. et al.                          :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court appreciates the status report filed by the parties at Dkt. 142.  Any

submission for a revised schedule shall be filed by September 30, 2024.  The Court awaits

Defendants' September 13 response regarding redactions.  The parties shall meet and

confer regarding the other outstanding issues raised in their letter.


                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: September 12, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1