**NORTON ROSE FULBRIGHT**

November 1, 2024

**BY ECF**

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States of America

The Hon. Robert W. Lehrburger
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Direct line +1 212 318 3108
robin.adelstein@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400

Re:   *Lupin Ltd. v. Salix Pharma., Inc., et al.*, No. 1:22-cv-07656-JHR-RWL

Dear Judge Lehrburger:

    We represent Defendant and Counterclaim-Plaintiff Salix Pharmaceuticals, Inc. ("Salix") and Defendant Bausch Health US, LLC (together, "Defendants") in this action. Pursuant to Section I.E of Your Honor's Individual Rules, we respectfully request a one-week extension of time, to November 19, 2024, for the parties to submit their joint status report, which is currently due on November 12, 2024. This is the first request for an extension of time to submit this joint status report. Plaintiff and Counterclaim-Defendant Lupin Ltd. ("Plaintiff") consents to this request.

    Good cause exists for this request. I am lead counsel for Defendants. I will be traveling in Asia on business the entire week of November 11, 2024, when the joint status report is currently due. Drafting and finalizing joint status reports require collaboration between counsel for the parties. Because I will be in all-day business meetings and 12 hours ahead of Plaintiff's counsel, an extension of time would be preferable in order to accommodate the logistical challenges raised by the time difference and allow the parties the opportunity to discuss outstanding discovery issues, share drafts of the joint status report, incorporate edits and revisions, and finalize the report.

    Thank you for your consideration of Defendants' request.

Respectfully submitted,

*/s/ Robin D. Adelstein*

Robin D. Adelstein

cc: All Counsel of Record by ECF

Granted.

SO ORDERED:

11/4/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.