USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUPIN LTD.,

   *Plaintiff and Counterclaim-Defendant,*

v.

SALIX PHARMACEUTICALS, INC.,

   *Defendant and Counterclaim-Plaintiff,*

and

BAUSCH HEALTH US, LLC,

   *Defendant.*

Case No. 1:22-cv-07656-JHR

## ~~PROPOSED~~ ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Parties' Stipulation of Dismissal with Prejudice, this action is hereby dismissed *with prejudice* as to all claims, counterclaims, causes of action and parties, with each party bearing its own attorneys' fees, costs and expenses.

SO ORDERED.

Dated: June  9 , 2025
      New York, New York

 

_____
Hon. Jennifer H. Rearden
United States District Judge
Southern District of New York